

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR 00261 DPM |
| | ) | |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(D) |
| JOHN ALFRED HENSON | ) | 18 U.S.C. § 924(c)(1)(A) |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about May 13, 2022, in the Eastern District of Arkansas, the defendant,

JOHN ALFRED HENSON,

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### COUNT 2

On or about May 13, 2022, in the Eastern District of Arkansas, the defendant,

JOHN ALFRED HENSON,

knowingly and intentionally possessed at least one firearm, that is: a Romarm/Cugir (Century Arms, Inc.), model Mini Draco, 7.62x39mm caliber pistol, bearing serial number PMD-10907-19 and an HS Produkt (IM Metal), model XDS 4, .45 caliber semi-automatic pistol, bearing serial number S3196620, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

1



## FORFEITURE ALLEGATION 1

Upon conviction of Count 1 of this Indictment, the defendant, JOHN ALFRED HENSON, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense, including, but not limited to, the following specific property: $583,760.00 in United States currency.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 1 of this Indictment, the defendant, JOHN ALFRED HENSON, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense including, but not limited to, the following specific property: $583,760.00 in United States currency.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1 or 2 of this Indictment, the defendant, JOHN ALFRED HENSON, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.