FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 01 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | No. 4:22-cr-00261-DPM |
| | ) | |
| JOHN ALFRED HENSON | ) | |

RESPONSE TO NOTICE OF JUDICIAL FORFEITURE ACTION

Comes the Claimant, Tippannee Henson, and for her response, states:

1. That Claimant denies the notice of forfeiture action.

2. Attached as Exhibit A is her claim filed December 13, 2023 with the DEA.

3. Attached as Exhibit B is the claim form filed August 1, 2024 with the DEA.

WHEREFORE, Claimant, requests this Court return the money to her because it came from marital funds and not drug money, and for all other proper relief.

Respectfully submitted,

John Ogles
Arkansas Bar No. 89003
Texas Bar No. 00797922
OGLES LAW FIRM, P.A.
200 S. Jeff Davis
P.O. Box 891
Jacksonville, AR 72078
(501) 982-8339
jogles@aol.com

## CERTIFICATE OF SERVICE

I, John Ogles, do hereby certify that a copy of the foregoing pleading has been duly served upon the following on this 1st day of August, 2024:

United States Attorney's Office
Attn: AUSA Anne Gardner
c/o Evelyn Tappin, Paralegal
425 W. Capitol Avenue, Suite 500
Little Rock, AR 72201-3536

/s/John Ogles
_____
John Ogles

VERIFICATION

STATE OF ARKANSAS)
COUNTY OF PULASKI)

    I, Tippannee Henson, Claimant herein, state on oath that the information contained in the foregoing Response to Notice of Judicial Forfeiture Action is true and correct to the best of my knowledge, information and belief.

                                                              _____
                                                              Tippannee Henson

    Subscribed and sworn to before me this ____ day of August____, 2024.

                                                              _____

My Commission Expires:             Notary Public

D JOHNSON OGLES
PULASKI COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires April 10, 2032
Commission No. 12387603

# OGLES LAW FIRM, P.A.

**200 S. Jeff Davis - P.O. Box 891**
**Jacksonville, Arkansas 72078**
**(501) 982-8339**
**Facsimile (501) 985-1403**
**jogles@aol.com**

**John Ogles**                                                                                          **Licensed in Arkansas and Texas**

December 13, 2023

DEA
Forfeiture Counsel
Asset Forfeiture Section
8701 Morrissette Drive
Springfield, VA 22152

Re:    My Client:    Tippannee Henson
        USA v. John Henson; 4:22CR-00261-DPM
        Asset ID:    22-DEA-691762
                        22-DEA-691764

Gentlemen:

Enclosed please find the completed Claim Form regarding the above referenced seized assets.

Please let me know if you need any other information.

Thank you.

Sincerely,

John Ogles

JO:ju
enc:

Exhibit  A



# CLAIM FORM

## YOU MUST COMPLETE ALL PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.

**Note**: There is no legal form or format required for filing a claim; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingClaim.htm for more specific guidance on filing your claim with the appropriate seizing agency.

**Frivolous Claim Statement**: If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Privacy Act Notice**: The Department of Justice is collecting this information for the purpose of processing your claim. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system of records notice listed above.

## SECTION I – CONTACT INFORMATION

| CLAIMANT INFORMATION | |
|---|---|
| Claimant/Contact Name: (Last, First) Henson, Tippance | |
| Business/Institution Name: (if applicable) | Prisoner ID: (if applicable) |
| Address: (Include Street, City, State, and Zip Code) 3219 Homer Adkins, Jacksonville AR 72076 | |
| Social Security Number/Tax Identification Number: (Enter N/A if you do not have one) ***-**-**** | |
| Please provide an explanation why you do not have a Social Security Number, if above is N/A: | |
| Phone: (optional) ***-***-**** | Email: (optional) |

| ATTORNEY INFORMATION (if applicable) | |
|---|---|
| Attorney Name: (Last, First) Ogles, John | |
| Attorney Title: attorney | |
| Firm Name: (if applicable) Ogles Law Firm | |
| Attorney Address: (Include Street, City, State, and Zip Code) 200 S. Jeff Davis, Jacksonville AR 72076 | |
| Are you an attorney filing this claim on behalf of your client? ☒ YES ☐ NO | |
| Attorney Phone: (optional) 501 9828339 | Attorney Email: (optional) jogles@aol.com |

If any of this information changes, you are responsible for notifying the agency of the new information.

## SECTION II – ASSET LIST

List each asset ID and asset description that you are claiming.

| # | Asset ID | Asset Description |
|---|---|---|
| 1 | 22-DEA-691762 | $34,000 US Currency Jacksonville AR seized by DEA 5-13- |
| 2 | 22-DEA-691764 | $549,760 US Currency Jacksonville AR seized by DEA 5-13- |
| | | |
| | | |

## SECTION III – INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| 22-DEA-691762 | $34,000 US Currency Seized by DEA 5-13-22 Jacksonville, AR |
| 22-DEA-691764 | $549,760 US Currency Seized by DEA 5-13-22 Jacksonville, AR |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset:**

The assets were seized with the arrest of John Henson. 4:22CR-00261-DPM. I was his wife and we did not use banks to deposit our money. We kept our money in our house. When we separated John Henson took all of our cash without telling me. The money is mine. The same exhibits John Henson submitted are my exhibits also.

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

Exhibits attached to John Henson's claim. Once the divorce decree is drawn 2 will submit it

## SECTION IV – RECOVERY OF LOSS

*Complete this section for assets you have recovered all or a portion of your losses either via an insurance claim and/or via some other source of recovery. If you have more recovery of loss information than may fit on this page, print out multiple copies of this page to attach with the claim and indicate which assets apply to each page. If you have not received any recovery of your losses, then leave this section blank.* NONE.

| RECOVERY OF LOSS INFORMATION ||
|---|---|
| Asset ID | Asset Description |
|  |  |
|  |  |

| INSURANCE CLAIM INFORMATION (if applicable) ||
|---|---|
| **Name of Insured:** (Last, First) ||
| **Policy Number:** | **Claim Number:** |
| **Name of Insurance Company:** | **Name of Insurance Agent:** (Last, First) |
| **Insurance Company Address:** (Include Street, City, State, and Zip Code) ||
| **Phone:** (optional) | **Email:** (optional) |
| **Have you received compensation from the insurance company?** ☐ YES ☐ NO | **Amount of Compensation:** |

If other sources of recovery exist (e.g., restitution, returns on investment or other settlements), please list and describe the details below.

| OTHER SOURCE(S) OF RECOVERY (if applicable) ||
|---|---|
| **Source of Recovery 1:** | **Amount of Recovery:** |
| **Source of Recovery 2:** | **Amount of Recovery:** |

In the space below, please list any documents you are including in support of your claim of recovery of loss. If none are included, please explain why.

## SECTION V – DECLARATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

*Tippannee Munson*
**Signature**

*Tippannee Munson*
**Printed Name**

12-12-23
**Date**

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

# OGLES LAW FIRM, P.A.

200 S. Jeff Davis - P.O. Box 891
Jacksonville, Arkansas 72078
(501) 982-8339
Facsimile (501) 985-1403
jogles@aol.com

**John Ogles**                                                              Licensed in Arkansas and Texas

August 1, 2024

DEA
Forfeiture Counsel
Asset Forfeiture Section
8701 Morrissette Drive
Springfield, VA 22152

Re:    My Client:    Tippannee Henson
        USA v. John Henson: 4:22CR-00261-DPM
        Asset ID:    22-DEA-691762
                      22-DEA-691764

Gentlemen:

Enclosed please find the completed Claim Form regarding the above referenced seized assets.

Please let me know if you need any other information.

Thank you.

Sincerely,

John Ogles

JO:ju

enc:

Exhibit   B



# CLAIM FORM

## YOU MUST COMPLETE ALL PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.

**Note**: There is no legal form or format required for filing a claim; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingClaim.htm for more specific guidance on filing your claim with the appropriate seizing agency.

**Frivolous Claim Statement**: If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Privacy Act Notice**: The Department of Justice is collecting this information for the purpose of processing your claim. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system of records notice listed above.

## SECTION I – CONTACT INFORMATION

| CLAIMANT INFORMATION ||
|---|---|
| **Claimant/Contact Name:** (Last, First) Henson, Tippannee ||
| **Business/Institution Name:** (if applicable) | **Prisoner ID:** (if applicable) |
| **Address:** (Include Street, City, State, and Zip Code) 3219 Homer Adkins Jacksonville AR 72076 ||
| **Social Security Number/Tax Identification Number:** (Enter N/A if you do not have one) ▓▓▓-▓▓-▓▓▓▓ ||
| **Please provide an explanation why you do not have a Social Security Number, if above is N/A:** ||
| **Phone:** (optional) ▓▓▓▓▓▓▓ | **Email:** (optional) |
| ATTORNEY INFORMATION (if applicable) ||
| **Attorney Name:** (Last, First) Ogles, John ||
| **Attorney Title:** attorney ||
| **Firm Name:** (if applicable) Ogles Law Firm ||
| **Attorney Address:** (Include Street, City, State, and Zip Code) 200 S. Jeff Davis Jacksonville AR 72076 ||
| **Are you an attorney filing this claim on behalf of your client?** ☒ YES ☐ NO ||
| **Attorney Phone:** (optional) 501 982 8339 | **Attorney Email:** (optional) jogles@aol.com |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II – ASSET LIST

List each asset ID and asset description that you are claiming.

| # | Asset ID | Asset Description |
|---|---|---|
| 1 | 22-DEA-691762 | $34,000 US currency Jacksonville AR seized by DEA 5-13-22 |
| 2 | 22-DEA-691764 | $549,760 US currency Jacksonville AR seized by DEA 5-13-22 |
|   |   |   |
|   |   |   |

## SECTION III – INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION ||
|---|---|
| Asset ID | Asset Description |
| 22-DEA-691762 | $54,000 US Currency Seized by DEA 5-13-22 Jacksonville AR |
| 22-DEA-691764 | $549,760 US Currency Seized by DEA 5-13-22 Jacksonville AR |

In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset:

The assets were seized with the arrest of John Henson, 4:22CR-00261-DPM. I was his wife and we did not use banks to deposit our money. We kept our money in our house. When we separated John Henson took all of our cash without telling me. The money is mine. The same exhibits John Henson submitted are my exhibits also.

In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.

Exhibits attached to John Henson's claim. Divorce decree entered January 4, 2024 is attached.

## SECTION IV – RECOVERY OF LOSS

Complete this section for assets you have recovered all or a portion of your losses either via an insurance claim and/or via some other source of recovery. If you have more recovery of loss information than may fit on this page, print out multiple copies of this page to attach with the claim and indicate which assets apply to each page. If you have not received any recovery of your losses, then leave this section blank. *none.*

| RECOVERY OF LOSS INFORMATION ||
|---|---|
| **Asset ID** | **Asset Description** |
| | |
| | |

| INSURANCE CLAIM INFORMATION (if applicable) ||
|---|---|
| **Name of Insured**: (Last, First) ||
| **Policy Number**: | **Claim Number**: |
| **Name of Insurance Company**: | **Name of Insurance Agent**: (Last, First) |
| **Insurance Company Address**: (Include Street, City, State, and Zip Code) ||
| **Phone**: (optional) | **Email**: (optional) |
| Have you received compensation from the insurance company?  ☐ YES   ☐ NO | **Amount of Compensation**: |

If other sources of recovery exist (e.g., restitution, returns on investment or other settlements), please list and describe the details below.

| OTHER SOURCE(S) OF RECOVERY (if applicable) ||
|---|---|
| **Source of Recovery 1**: | **Amount of Recovery**: |
| **Source of Recovery 2**: | **Amount of Recovery**: |

In the space below, please list any documents you are including in support of your claim of recovery of loss. If none are included, please explain why.

## SECTION V – DECLARATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_____
**Signature**

Typannee Henson
_____
**Printed Name**

8-1-24
_____
**Date**

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2024-Jan-04 15:26:50
60DR-21-3575
C06D02 : 3 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
2nd DIVISION

JOHN HENSON                                              PLAINTIFF

NO. 60DR-21-3575

TIPPANNEE WALLER-HENSON                DEFENDANT

## DECREE OF DIVORCE

On the 20th day of November, 2023 this matter came to be considered by the Court. The Plaintiff, John Henson, appearing in person and by his attorney, Margo Warner, and the Defendant, Tippannee Waller-Henson, appearing in person and by her attorney, John Ogles. After careful consideration of the pleadings. evidence presented, testimony of the parties and statements of counsel, the Court finds that:

1. This Court has jurisdiction of the parties and the subject matter of this cause of action.

2. Prior to this hearing. on August 17, 2023, this Court entered an order finding that the Plaintiff had abused the discovery process. In that order, this Court struck the Plaintiff's Complaint for Divorce and his responses to the Defendant's Amended Counterclaim.

3. The Court proceeded to consider only the Defendant's Amended Counterclaim.

4. The Defendant established that she is entitled to a divorce based on continuous separation for more than eighteen months. The Defendant's grounds and residency were corroborated by Karrington Shelton.

5. The Defendant's Counterclaim for Divorce is hereby granted.

6. The Court finds that there is $583,000.00 in marital funds that were seized in a pending federal criminal case, in which the Plaintiff, John Henson, is a Defendant. The Plaintiff has asserted a claim for a return of those funds. During the final hearing in this matter, the Plaintiff invoked his 5th Amendment rights on all questions related to the seized funds.

7. The Court finds that the funds seized in the federal criminal case are marital property, subject to division by this Court.

8. The Court also finds that in addition to the sanctions for abusing the discovery process as outlined in the August 17, 2023 Order, the Defendant shall be entitled to the first $30,000 of any seized marital funds that are released to either party as further sanctions. Thereafter, the parties shall equally split the return of any remaining seized funds to either party.

9. The Court finds that the Defendant shall follow the appropriate procedure through the federal court system to assert a claim for the seized marital funds.

10. The Defendant is awarded the home located at 3219 Homer Adkins, Jacksonville, Arkansas. The Defendant purchased the home two years before the parties married. While the Plaintiff would have an equitable interest in any increase in value of the home, the Court finds that there is no proof of an increase in the value of the home.[1] Therefore, the Plaintiff is not entitled to receive any payment for the home because there was no proof of any increase in value since the marriage.

11. The Court finds that throughout the marriage, the parties owned different personal property. The Court was not provided enough information to adjudicate any personal property. Therefore, the Court finds that both parties shall retain any personal property that is in their respective possession.

12. The Defendant's claim for alimony is denied. The Court finds that neither party has current income; that both parties are receiving assistance from their families; and that both parties have applied for social security disability funds.

13. The Defendant is restored to her former name of Waller.

14. All other issues are denied if not addressed.

---

[1] In fact, the testimony regarding the value of the house is that the value is now diminished given that it is dilapidated with no working shower or stove, a busted heat and air unit and sewer issues. The testimony established Plaintiff left the marital home in the state of disrepair and failed to contribute to its' upkeep since he left in 2018.

15. This Court retains jurisdiction of this cause for any other orders and actions that may be necessary and proper.

IT IS SO ORDERED.

_____
CIRCUIT JUDGE

1-4-24
DATE