IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          No. 4:22-cr-261-DPM

JOHN ALFRED HENSON                                                    DEFENDANT

### AMENDED SENTENCING SCHEDULING ORDER

Sentencing is set for **20 February 2025 at 10:00 a.m. in Courtroom #AC436.** So the Court and all parties can prepare for the hearing, the Court sets the following schedule.

- Final PSR, including responses to objections, circulated................................................................. **16 January 2025**

- Motions to depart or vary and sentencing memoranda filed...................................................... **23 January 2025**

- Joint notice by filing about witnesses, estimated hearing length, likelihood of third point, and applicability of safety valve, and any other case-specific issue that the Court needs to prepare for................................................. **6 February 2025**

- Responses to any departure or variance motions and responding memoranda filed.......................... **6 February 2025**

If any of these deadlines is not met, then the sentencing will be continued absent extraordinary circumstances.

So Ordered.

*D.P. Marshall Jr*
D.P. Marshall Jr
United States District Judge

<u>7 November 2024</u>