UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                            Case No.: 4:22–cr–00261–DPM

**John Alfred Henson**                                                                       **Defendant**

## NOTICE OF HEARING

    PLEASE take notice that the Sentencing has been rescheduled in this case for June 4, 2025, at 01:30 PM before Judge D. P. Marshall Jr. in Little Rock Courtroom AC436 in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** March 14, 2025                                       AT THE DIRECTION OF THE COURT
                                                                                            TAMMY H. DOWNS, CLERK

                                                                                            **By:**  Sherri L. Black, Deputy Clerk


Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas