IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                  No. 4:22-cr-261-DPM

JOHN ALFRED HENSON                                                          DEFENDANT

## SECOND AMENDED SENTENCING SCHEDULING ORDER

Sentencing is reset for **4 June 2025 at 1:30 p.m. in Courtroom #AC436.** So the Court and all parties can prepare for the hearing, the Court sets the following schedule.

- Final PSR, including responses to objections, circulated...................................................................**received**

- Motions to depart or vary and sentencing memoranda filed............................................................**7 May 2025**

- Joint notice by filing about witnesses, estimated hearing length, likelihood of third point, and applicability of safety valve, and any other case-specific issue that the Court needs to prepare for.......................................................**21 May 2025**

- Responses to any departure or variance motions and responding memoranda filed................................**21 May 2025**

If any of these deadlines is not met, then the sentencing will be continued absent extraordinary circumstances.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr
United States District Judge

<u>14 March 2025</u>