UNITED STATES DISTRICT COURT
EASTERN DISTRICT ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:22CR00261-DPM |
| | ) | |
| JOHN HENSON | ) | |
| TIPPANNEE WALLER HENSON | ) | |

**AMENDED JOINT STATUS REPORT**

The United States of America, through Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Amanda Jegley, Assistant U.S. Attorney for said district, for the amended joint status report states:

Currently pending before the Court is the sentencing of John Henson and the ancillary matter concerning the claim of Tippannee Waller Henson regarding forfeiture of $583,760.00 in United States Currency. The parties were directed to submit a joint report on agreed matters by November 26, 2025.

The parties have consulted and now all agree with Defendant's and Claimant's postion that John Henson should be sentenced before the ancillary proceeding.

WHEREFORE, the United States files this amended Joint Status Report after conferring with attorneys for the defendant and claimant.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney

AMANDA JEGLEY
Bar No. 2010045
Assistant United States Attorney
425 W. Capitol Ave., Ste. 500
Little Rock, AR 72203
(501) 340-2600
<u>Amanda.jegley@usdoj.gov</u>